GARY M. RESTAINO
United States Attorney
District of Arizona
THOMAS SIMON
Assistant United States Attorney
Arizona State Bar No. 03857
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Email: Tom.Simon@usdoj.gov
Attorneys for Plaintiff



REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-23-1407-PHX-SMB (MTM) |
|---|---|---|
| Plaintiff, | | **INDICTMENT** |
| vs. | VIO: | 18 USC §§922(a)(6) and 924(a)(2) (Material False Statement During the Purchase of a Firearm) Count 1 |
| 1. Stephen Goseyun III, and (Counts 1 - 2) 2. Reppert Dale Cassadore, Jr., (Count 2) | | |
| Defendants. | | 21 USC § 846 (Conspiracy to Possess with Intent to Distribute Methamphetamine) Count 2 |

THE GRAND JURY CHARGES:

**<u>COUNT 1</u>**

On or about February 21, 2023, in the District of Arizona, the defendant, STEPHEN GOSEYUN III, knowingly made false statements and representations in connection with the acquisition of a firearm to C-A-L Ranch Store, in Miami, Arizona, which were intended and likely to deceive C-A-L Ranch Store as to a fact material to the lawfulness of a sale of a firearm by C-A-L Ranch Store, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that defendant STEPHEN GOSEYUN III did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives form 4473, Firearms Transaction Record,

stating he was the actual transferee/buyer, whereas in truth in fact, he was purchasing the firearm on behalf of J.N.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2)

## COUNT 2

Between on or about March 31, 2023 and May 10, 2023, in the District of Arizona, and elsewhere, the defendants, STEPHEN GOSEYUN III and REPPERT DALE CASSADORE, JR., did knowingly and intentionally combine, conspire, confederate, and agree together and with other persons, known and unknown to the Grand Jury, to possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

In violation of Title 21, United States Code, Section 846.

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date:  October 10, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/*
THOMAS SIMON
Assistant U.S. Attorney

- 2 -